Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

> Attorneys for Defendant Idaho Department of Fish and Game
> Director Virgil Moore, Lucas Swanson, Josh Stanley and
> Brian Johnson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVE TANNER,<br><br>          Plaintiff,<br><br>     vs.<br><br>IDAHO DEPARTMENT OF FISH AND<br>GAME DIRECTOR VIRGIL MOORE,<br>LUCAS SWANSON, JOSH STANLEY,<br>BRIAN JOHNSON; and WILLIE COWELL,<br><br>          Defendants. | Case No:  2:18-cv-00456-DCN<br><br>DECLARATION OF JOSH<br>STANLEY |

JOSH STANLEY hereby makes the following declaration:

1.     I am an adult citizen of the United States, competent to testify as a witness and I make this declaration on personal knowledge.

2.     I am a defendant in the above-entitled matter.

DECLARATION OF JOSH STANLEY          -1-

3.      It has come to my attention that my declaration filed in this matter on May 20, 2019 contained a typographical error.   The declaration erroneously states in paragraph 6 that the check station was operated from 4:41 p.m. to 8:00 p.m.   The check station was actually operated from 2:41 p.m. to 6:00 p.m.   The error in my previous declaration was a typographical error.   Attached hereto as Exhibit A is a record of the check station operation that shows the check station was operated from 1441 to 1800, which was the basis for the typographical error in my original declaration.   I hereby confirm all other statements contained in my declaration filed on May 20, 2019.

I certify (or declare) under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

DATED this 21st day of May 2019.

JOSH STANLEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May 2019, I filed the foregoing electronically through the CM/ECF system; AND I FURTHER CERTIFY that on such date, I served the foregoing on the following non-CM/ECF Registered Participant in the manner indicated:

Peter C. Erbland
perbland@lclattorneys.com
Jennifer Fegert
jfegert@lclattorneys.com
Lake City Law Group, PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815

Steve Tanner, Pro Se
P. O. Box 613
Bonners Ferry, Idaho  83805
steveatanner@gmail.com

    X     U.S. MAIL
           HAND DELIVERED
           OVERNIGHT MAIL
           TELECOPY (FAX)
    X     E-MAIL

/s/   Bentley G. Stromberg
Bentley G. Stromberg

DECLARATION OF JOSH STANLEY        -3-

# EXHIBIT A

**Idaho Department of Fi**

Check Station: Meadow Creek Rd.   Date/Day: 11/18/2017   Recorder: L. Swanson

| SP | SEX | Age F/Y/A | Age Years | Harvest Date | GMU | Harvest Location | | Circum OR Spread | Length | L | R | | |
|----|-----|-----------|-----------|--------------|-----|------------------|---|------------------|--------|---|---|---|---|
| | | | | | | Harvest Information | | | | Antler Info | | | |
| | | | | | | | | | | Points | | | |
| WT | M | A | | 4/18/17 | 1 | | | | | 4 | 4 | | |
| WT | F | A | | 1/18/17 | 1 | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**UNSUCCESSFUL HUNTERS**

| GMU | | | GMU | | | GMU | | | GMU | | | GMU |
|-----|---|---|-----|---|---|-----|---|---|-----|---|---|-----|
| Elk | Deer | Both | Elk | Deer | Both | Elk | Deer | Both | Elk | Deer | Both | Elk |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

SP: MD, WT, E, A

SEX: M, F

AGE: F/C, Y, 2, A

CIRCUMFRENCE = Elk

SPREAD = Deer

Spread = C

Length = Base to G2

Length = F

sh and Game
Personell : Stanley, Swanson, Johnson   Approved: yes    no

Start Time: 1441    End Time: 1500    ☒    ☐

| Hunting Information: Season hunted, #Days Hunted and in which Unit, Weapon used to harvest, and did you see wolves (if yes how many?) | | | | | | |
|---|---|---|---|---|---|---|
| Tag# | Name | Centerfire Days/Unit | Archery Days/Unit | Muzzle Days/Unit | Weapon C/A/M | Did you see Wolves? |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |
| -17- | | | | | | Y N |

| | | GMU | | | GMU | | | GMU | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deer | Both | Elk | Deer | Both | Elk | Deer | Both | Elk | Deer | Both |
| | | | | | | | | | | |

| #Residents | #NonResidents | Vehicles |
|---|---|---|
| ☒ ☒ | • • | ☒ ☐ |

Length = F

Non Hunters    ☒ ⋮

1.462